**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMASZ KACZOR, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC., <br> EXPERIAN INFORMATION SOLUTIONS, <br> INC., <br><br> Defendant. | Civil Action No. 1:15-CV-5545 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian") by and through its undersigned counsel and files its Answer to Plaintiff Tomasz Kaczor ("Plaintiff") Complaint:

**RESPONSE TO ALLEGATIONS REGARDING NATURE OF THE ACTION**

1.      In response to paragraph 1 of the Complaint, Experian admits that the allegations contained therein appear to allege claims under the federal Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA, and denies that it is liable to Plaintiff for any alleged damages. As to the allegations in paragraph 1 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 1 of the Complaint.

**RESPONSE TO JURISDICTION AND VENUE**

2.      In response to paragraph 2 of the Complaint, Experian states that Plaintiff has alleged subject matter jurisdiction is conferred upon this Court by 15 U.S.C. § 1681p (FCRA)

and 28 U.S.C. §§ 1331, 1337. Experian states this is a legal conclusion that is not subject to denial or admission.

3.      In response to paragraph 3 of the Complaint, Experian states that Plaintiff has alleged venue is proper.  Experian states this is a legal conclusion that is not subject to denial or admission.

### RESPONSE TO ALLEGATIONS REGARDING PARTIES

4.      In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 4 of the Complaint.

### RESPONSE TO ALLEGATIONS REGARDING EXPERIAN

5.      In response to paragraph 5 of the Complaint, Experian admits that it is an Ohio corporation. Experian further admits that is qualified to do business and does business in the State of Illinois.  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 5 of the Complaint.

6.      In response to paragraph 6 of the Complaint, Experian admits that it is a "consumer reporting agency" as that term is defined by 15 U.S.C. § 1681a(f).  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7.      In response to paragraph 7 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian is without

NAI-1500451397v1

knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### RESPONSE TO ALLEGATIONS REGARDING OCWEN LOAN SERVICING LLC

8.     In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 8 of the Complaint.

9.     In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 9 of the Complaint.

10.     In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 10 of the Complaint.

### RESPONSE TO ALLEGATIONS OF STATEMENT OF FACTS

11.     In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 11 of the Complaint.

12.     In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 12

NAI-1500451397v1

of the Complaint. Experian further states that paragraph 12 refers to Exhibit A attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 12 inconsistent therewith.

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 13 of the Complaint. Experian further states that paragraph 13 refers to Exhibit A attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 13 inconsistent therewith.

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 14 of the Complaint.

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 15 of the Complaint. Experian further states that paragraph 15 refers to Exhibit A attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 15 inconsistent therewith.

16. In response to paragraph 16 of the Complaint, Experian denies that it is a creditor of Plaintiff. As to the remaining allegations in paragraph 16, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 16

NAI-1500451397v1

of the Complaint. Experian further states that paragraph 16 refers to Exhibit B attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 16 inconsistent therewith.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 17 of the Complaint. Experian further states that paragraph 17 refers to Exhibit B attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 17 inconsistent therewith.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 18 of the Complaint. Experian further states that paragraph 18 refers to Exhibit C attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 18 inconsistent therewith.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 19 of the Complaint. Experian further states that paragraph 19 refers to Exhibit D attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 19 inconsistent therewith.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

NAI-1500451397v1

that basis, denies, generally and specifically, each and every allegation contained in paragraph 20 of the Complaint. Experian further states that paragraph 20 refers to Exhibit E attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 20 inconsistent therewith.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 21 of the Complaint. Experian further states that paragraph 21 refers to Exhibit E attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 21 inconsistent therewith.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 22 of the Complaint.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 23 of the Complaint.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 24 of the Complaint.

NAI-1500451397v1

25.     In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 25 of the Complaint. Experian further states that paragraph 25 refers to Exhibit F attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 25 inconsistent therewith.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 26 of the Complaint.

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 27 of the Complaint. Experian further states that paragraph 27 refers to Exhibit G attached to the Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 27 inconsistent therewith.

28.     In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 28 of the Complaint.

29.     In response to paragraph 29 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 29 of the Complaint.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 30 of the Complaint. Experian further states that paragraph 30 refers to Exhibit H attached to the Complaint.  The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 30 inconsistent therewith.

### RESPONSE TO ALLEGATIONS REGARDING PLAINTIFF'S REQUEST FOR INVESTIGATION

31.     In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 31 of the Complaint.  Experian further states that paragraph 31 refers to Exhibit I attached to the Complaint.  The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 31 inconsistent therewith.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 32 of the Complaint.  Experian further states that paragraph 32 refers to Exhibit I attached to the Complaint.  The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 32 inconsistent therewith.

33.     In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

NAI-1500451397v1

that basis, denies, generally and specifically, each and every allegation contained in paragraph 33 of the Complaint.

34.     In response to paragraph 34 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

35.     In response to paragraph 35 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 35 of the Complaint.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 36 of the Complaint. Experian further states that paragraph 36 refers to Exhibit I attached to the Complaint.  The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 36 inconsistent therewith.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 37 of the Complaint. Experian further states that paragraph 37 refers to Exhibit J attached to the Complaint.  The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 37 inconsistent therewith.

NAI-1500451397v1

### RESPONSE TO ALLEGATIONS REGARDING IMPACT OF CONTINUING INCORRECT REPORTING ON PLAINTIFF'S CREDIT FILE

38.     In response to paragraph 38 of the Complaint, denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 38 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 38 of the Complaint.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 39 of the Complaint.

40.     In response to paragraph 40 of the Complaint, , Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 40 of the Complaint.

41.     In response to paragraph 41 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 41 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Complaint.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 42 of the Complaint. Experian further states that paragraph 42 refers to Exhibit L attached to the

NAI-1500451397v1

Complaint. The Exhibit speaks for itself, and on that basis, Experian denies any allegations of paragraph 42 inconsistent therewith.

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 43 of the Complaint.

### RESPONSE TO ALLEGATIONS REGARDING DEFENDANTS' CONDUCT WAS WILLFUL

44. In response to paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 44 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 45 of the Complaint.

46. In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 46 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

NAI-1500451397v1

47.     In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 47 of the Complaint.

48.     In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 48 of the Complaint.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 49 of the Complaint.

50.     In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 50 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 50 of the Complaint.

### RESPONSE TO COUNT I – VIOLATION OF THE FCRA BY EXPERIAN

51.     In response to paragraph 51 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1 through 50 as if fully set forth herein.

52.     In response to paragraph 52 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

NAI-1500451397v1

53.     In response to paragraph 53 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 55 of the Complaint.

56.     In response to paragraph 56 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 59 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis,

NAI-1500451397v1

denies, generally and specifically, each and every remaining allegation of paragraph 59 of the Complaint.

60.     In response to paragraph 60 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

63.     In response to paragraph 63 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

64.     In response to paragraph 64 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

65.     In response to paragraph 65 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian states this is a legal conclusion that is not subject to denial or admission.  To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

## <u>RESPONSE TO PRAYER FOR RELIEF</u>

Experian denies that Plaintiff is entitled to any damages against Experian as set forth in his prayer for relief.

**RESPONSE TO COUNT II – VIOLATIONS OF THE FCRA BY OCWEN**

67.     In response to paragraph 67 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1 through 66 as if fully set forth herein.

68.     In response to paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 68 of the Complaint.

69.     In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 69 of the Complaint.

70.     In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 70 of the Complaint.

71.     In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 71 of the Complaint.

72.     In response to paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 72 of the Complaint.

NAI-1500451397v1

73.     In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 73 of the Complaint.

74.     In response to paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 74 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 74 of the Complaint.

75.     In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 75 of the Complaint.

76.     In response to paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 76 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 76 of the Complaint.

77.     In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 77 of the Complaint.

NAI-1500451397v1

78.     In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 78 of the Complaint.

79.     In response to paragraph 79 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 79 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint.

80.     In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 80 of the Complaint.

81.     In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 81 of the Complaint.

82.     In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 82 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any damages against Experian as set forth in his prayer for relief.

NAI-1500451397v1

## Response To Count III – Violations Of 11 U.S.C. 524(a)(2) By Ocwen

83.    In response to paragraph 83 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1 through 82 as if fully set forth herein.

84.    In response to paragraph 84 of the Complaint, Experian affirmatively states that 11 U.S.C. §524(a)(2) speaks for itself and, on that basis, denies any allegations of paragraph 84 inconsistent therewith.

85.    In response to paragraph 85 of the Complaint, Experian affirmatively states that 11 U.S.C. §524(a)(2) speaks for itself and, on that basis, denies any allegations of paragraph 85 inconsistent therewith.

86.    In response to paragraph 86 of the Complaint, Experian states that the Complaint cites a portion of *Cox v. Zale Delaware, Inc.*, 239 F.3d 910, 915 (7th Cir. 2001). Experian states that the case speaks for itself, and on that basis, denies any allegations of paragraph 86 inconsistent therewith.

87.    In response to paragraph 87 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 87 of the Complaint.

88.    In response to paragraph 88 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 88 of the Complaint.

89.    In response to paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained in paragraph 89 of the Complaint.

90.     In response to paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 90 of the Complaint.

91.     In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 91 of the Complaint.

92.     In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 92 of the Complaint.

93.     In response to paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 93 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 93 of the Complaint.

94.     In response to paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

NAI-1500451397v1

that basis, denies, generally and specifically, each and every allegation contained in paragraph 94 of the Complaint.

94. In response to paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 95 of the Complaint.

96. In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 96 of the Complaint.

97. In response to paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 97 of the Complaint.

98. In response to paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 98 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any damages against Experian as set forth in his prayer for relief.

### RESPONSE TO COUNT IV – VIOLATIONS OF THE FDCPA BY OCWEN

99. In response to paragraph 99 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1 through 98 as if fully set forth herein.

100.    In response to paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 100 of the Complaint.

101.    In response to paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 101 of the Complaint.

102.    In response to paragraph 102 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 102 of the Complaint.

103.    In response to paragraph 103 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 103 of the Complaint.

104.    In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 104 of the Complaint.

105.    In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

NAI-1500451397v1

that basis, denies, generally and specifically, each and every allegation contained in paragraph 105 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any damages against Experian as set forth in his prayer for relief.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or any other relief whatsoever from Experian.

### SECOND DEFENSE

### (IMMUNITY)

Plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

Plaintiff's claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH DEFENSE

### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### FIFTH DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

### SIXTH DEFENSE

### (LACHES)

The Complaint and each claim for relief therein is barred by the doctrine of laches.

### SEVENTH DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### EIGHTH DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

### NINTH DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the statute of limitations, including but not limited to 15 U.S.C. § 1681p.

### TENTH DEFENSE

### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

### ELEVENTH DEFENSE

NAI-1500451397v1

**(UNCLEAN HANDS)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## TWELFTH DEFENSE

## (INDEPENDENT INTERVENING CAUSE)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## THIRTEENTH DEFENSE

## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian hereby gives notice that it intends to rely on any additional affirmative defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

1.     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2.     For costs of suit and attorneys' fees herein incurred; and

3.     For such other and further relief as this Court may deem just and proper.

NAI-1500451397v1

Dated: July 23, 2015                          Respectfully submitted,


                                              *s/ Kevin C. Knight*
                                              Kevin C. Knight
                                              kknight@jonesday.com
                                              JONES DAY
                                              77 West Wacker Drive, Suite 3500
                                              Chicago, IL  60601-1692
                                              Telephone:    (312) 782-3939
                                              Facsimile:    (312) 782-8585


        *Attorney for Defendant Experian Information Solutions, Inc.*

- 25 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 23, 2015, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system.

*s/ Kevin C. Knight*

Attorney for Defendant Experian Information
Solutions, Inc.