**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMASZ KACZOR,<br><br>     Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC., EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>     Defendants. | Case No: 15-cv-5545<br><br>Honorable Sara L. Ellis |

## <u>UNOPPOSED MOTION TO EXCEED PAGE LIMITS</u>

Defendant Experian Information Solutions, Inc. ("Experian"), by the undersigned counsel, hereby requests that this Court enter the an order allowing the parties to file memorandum of law in support of summary judgment in excess of the fifteen page limit provided by Local Rule 7.1. In support of this motion, Experian state as follows:

1.  Under the current schedule governing this case, Experian's Motion for Summary Judgment is due November 15, 2016, with Plaintiff's cross-motion due December 15, 2016. (Dkt. 39.) Under both Local Rule 7.1 and this Court's standing orders for Memorandum of Law, the parties are limited to fifteen pages for any brief.

2.  This case involves the intersection of Chapter 13 bankruptcy law and the Fair Credit Reporting Act. Specifically, at issue in this case is Experian's reporting of a mortgage account that Plaintiff discharged in bankruptcy by surrendering the property to the creditor.

3.  Plaintiff's bankruptcy discharge and subsequent disputes, as well as Experian's general bankruptcy reporting policies, procedures, and reinvestigation of Plaintiff's disputes are at issue in this case and relevant to the Parties forthcoming summary judgment motions.

4.      This Court will be aided by fulsome presentations of the relevant facts and law. The fifteen page limit curtails this presentation significantly.

5.      Experian proposes that this Court allow briefs that exceed the fifteen page limit established by Local Rule 7.1 as follows:  Experian's Memorandum of Law accompanying their motion for summary judgment shall be limited to 25 pages; Plaintiff's Memorandum of Law accompanying any cross-motion shall be limited to 25 pages.  Response and Reply briefs shall be limited to 15 pages.

6.      On November 3, 2016 counsel for Experian discussed the present motion with Plaintiff's counsel, who indicated that they do not oppose this motion.


WHEREFORE, the Parties respectfully requests that this Court enter an order allowing the Parties to file briefs up to 25 pages in length for any memorandum of law accompanying a summary judgment motion or cross-motion, and briefs up to 15 pages for any Response or Reply.


Dated:        November 3, 2016                    Respectfully submitted,


                                                  /s/ Christopher A. Hall
                                                  Michael A. Zuckerman
                                                  Christopher A. Hall
                                                  JONES DAY
                                                  77 West Wacker
                                                  Chicago, IL  60601.1692
                                                  Telephone:   +1.312.782.3939
                                                  Facsimile:    +1.312.782.8585
                                                  Emails:  mzuckerman@jonesday.com
                                                             chall@jonesday.com

                                                  *Counsel for Defendant*
                                                  *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois through the CM/ECF system, which will electronically send notice to all counsel of record

*/s/ Christopher A. Hall*

*Attorney for Defendant*
*Experian Information Solutions, Inc*.